IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RANDY ZAPATA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-043 |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| DFELHWC and FECA PROGRAM, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) The Magistrate Judge recommended dismissal of the case based on pleading deficiencies in the complaint and improper venue. (See doc. no. 7.) Plaintiff objects that the Magistrate Judge did not sift through over 100 pages of exhibits, seek out the missing information from the complaint, and then craft arguments to sustain Plaintiff's claims. (See doc. no. 9.) However, as explained by the Magistrate Judge, the Court does not have a duty to re-write the complaint. (Doc. no. 7, p. 3 (citing Bilal v. Geo Care, LLC, 981 F.3d 903, 911 (11th Cir. 2020) and Snow v. DirecTV, Inc., 450 F.3d 1314, 1320 (11th Cir. 2006)); see also In re Unsolicited Letters to Federal Judges, 120 F. Supp. 2d 1073, 1074 (S.D. Ga. 2000) (showing leniency to interpretation of pro se filings "does not give a court license to serve as de facto counsel for a party, or to rewrite an otherwise deficient pleading in order to sustain an action" (citations omitted)).

In sum, Plaintiff's complaint does not meet the requirements of Fed. R. Civ. P. 8(a) for a short and plain statement (1) detailing the Court's jurisdiction, (2) showing that a plaintiff is entitled to relief, and (3) demanding judgment for the relief that he seeks. The Court is not required to piece together claims for Plaintiff from his voluminous exhibits attached in bulk to the complaint. Moreover, Plaintiff offers nothing to challenge the venue analysis, which forms a second basis for dismissal.

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this 22nd day of April, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2